IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1362-JLK-CBS** (consolidated with **07-cv-2508**)

**GLEN DROEGEMUELLER,** individually and as representative plaintiff on behalf of all others similarly situated,

    Plaintiff,

v.

**PETROLEUM DEVELOPMENT CORPORATION,**

    Defendant.
_____

Civil Action No. **07-cv-02508**

**TED AMSBAUGH,**
**DONALD L. KRTSCH** and **BARBARA H. KRETSCH,**
Co-Trustees of the Kretsch Living Trust, and
**BUDDY BAKER,** individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

**PETROLEUM DEVELOPMENT CORPORATE**,

    Defendant.

**This Order relates to BOTH cases.**

## ORDER

Kane, J.

    The Motions of Plaintiffs Ted Amsbaugh, Donald Kretsch and Barbara Kretsch, co-Trustees of the Kretsch Living Trust, and Buddy Baker in Civil Action to Consolidate Civil Action 07-cv-2508 (the "Amsbaugh Action") with Civil Action No. 07-cv-1362 (the

"Droegemueller Action") (**Doc. 5** in **07-cv-2508** and **Doc. 9** in **07-cv-1362**) are **GRANTED** and the later-filed action, 07-cv-2508, is deemed **CONSOLIDATED** with 07-cv-1362, which shall be knows as the lead case. All future filings shall be made in the lead case only, even if they pertain solely to the later-filed action. The parties should use the "This filing relates to" line at the bottom of the consolidated case caption to state whether a particular filing relates to one or both of the consolidated cases.

I note the Droegemueller Action has already been set for a Scheduling Conference at 2:00 p.m. Tuesday, February 5, 2008. Absent an objection from any of the parties to the Amsbaugh action, which should be communicated by motion after conferring with opposing counsel, counsel for all parties to these consolidated actions are expected to attend that conference. The proposed Scheduling Order, moreover, to be submitted before that February 5 conference should set forth the pretrial and discovery schedule and deadlines for the consolidated actions.

Dated January 28, 2008.

                                                            **s/John L. Kane**
                                                          SENIOR U.S. DISTRICT JUDGE