IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1362-JLK-CBS** (consolidated with 07-cv-2508)

**GLEN DROEGEMUELLER**, individually and as representative plaintiff on behalf of all others similarly situated,

    Plaintiff,

v.

**PETROLEUM DEVELOPMENT CORPORATION**, a Nevada Corporation

    Defendant

_____

Civil Action No. 07-cv-2508

**TED AMSBAUGH**,
**DONALD L. KRETSCH** and **BARBARA H. KRETSCH**,
Co-Trustees of the Kretsch Living Trust, and
**BUDDY BAKER**, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

**PETROLEUM DEVELOPMENT CORPORATION**,

    Defendant.

**This Motion relates to BOTH cases.**

---

### ORDER GRANTING PARTIAL AND TEMPORARY STAY OF LITIGATION

---

Kane, J.

    This matter comes before the Court on the Joint Motion for Partial and Temporary Stay of Litigation (doc. #17) filed by all of the parties on February 22, 2008. The Court finds that for purposes of judicial efficiency it is desirable for the parties to pursue mediation and informal

discovery during the next 90 days, that formal discovery and motion practice would interfere with the parties' ability to meaningfully pursue mediation and settlement during that period, that the parties propose to complete all discovery in this matter by February 27, 2009, and that these proceedings will not be delayed and no party shall be prejudiced by the relief sought.

The motion is therefore **GRANTED**. The parties are stayed from pursuing formal discovery or motion practice until May 28, 2008. The parties remain subject to the terms set forth in Stipulated Scheduling and Discovery order entered this day.

Dated: February 27, 2008

BY THE COURT:

*S/John L. Kane*
SENIOR U.S. DISTRICT JUDGE