IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1362-JLK-CBS** (consolidated with 07-cv-2508)

**GLEN DROEGEMUELLER**, individually and as representative plaintiff on behalf of all others similarly situated,

    Plaintiff,

v.

**PETROLEUM DEVELOPMENT CORPORATION**, a Nevada Corporation

    Defendant
_____

Civil Action No. 07-cv-2508

**TED AMSBAUGH**,
**DONALD L. KRETSCH** and **BARBARA H. KRETSCH**,
Co-Trustees of the Kretsch Living Trust, and
**BUDDY BAKER**, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

**PETROLEUM DEVELOPMENT CORPORATION**,

    Defendant.

**This Motion relates to BOTH cases.**

**ORDER GRANTING JOINT MOTION TO EXTEND PARTIAL AND TEMPORARY STAY OF LITIGATION**

Kane, J.

    This matter comes before the Court on the Joint Motion to Extend Partial and Temporary Stay of Litigation (doc. #28), filed July 10, 2008 by all of the parties. The Court finds that for purposes of judicial efficiency it is desirable for the parties to work to complete their settlement

during the next four weeks, that formal discovery and motion practice would interfere with the parties' ability to complete that process during that period, that the parties propose to complete all discovery in this matter by February 27, 2009, and that these proceedings will not be delayed and no party shall be prejudiced by the relief sought.

The motion is therefore **GRANTED**. The parties are stayed from pursuing formal discovery or motion practice until August 8, 2008. The parties otherwise remain subject to the terms set forth in Stipulated Scheduling and Discovery order entered on February 27, 2008.

Dated July 11, 2008.

BY THE COURT:

*S/John L. Kane*
SENIOR U.S. DISTRICT JUDGE