IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1362-JLK-CBS** (consolidated with **07-cv-2508**)

**GLEN DROEGEMUELLER,** individually and as representative plaintiff on behalf of all others similarly situated,

        Plaintiff,

v.

**PETROLEUM DEVELOPMENT CORPORATION,**

        Defendant.

_____

Civil Action No. **07-cv-02508**

**TED AMSBAUGH,**
**DONALD L. KRETSCH** and **BARBARA H. KRETSCH,**
Co-Trustees of the Kretsch Living Trust, and
**BUDDY BAKER,** individually and on behalf of all others similarly situated,

        Plaintiffs,

v.

**PETROLEUM DEVELOPMENT CORPORATE**,

        Defendant.
**This Order relates to BOTH cases.**

---

## MINUTE ORDER

---

Judge John L. Kane **ORDERS**

        The parties' Joint Motion to Modify Scheduling Order Due to Imminent Settlement of Litigation, dated August 7, 2008 (Doc. 30) is **GRANTED**.  All discovery deadlines set forth in the Scheduling Order (Doc. 29) are extended for a period of 45 days while the parties endeavor to finalize settlement.   The parties shall file a Joint Status Report on or before September 10, 2008, unless dismissal of this action occurs before then.

---

Dated:  August 7, 2008.