**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date:  April 7, 2009  Deputy Clerk: Bernique Abiakam
Court Reporter: Kara Spitler

Civil Action No.: 07-cv-01362-JLK-CBS (consolidated with 07-cv-02508-JLK)

GLEN DROEGEMUELLER,  Don Barrett
George Barton
Melvin Dinner
Larry Moffett

     Plaintiff,

v.

PETROLEUM DEVELOPMENT CORPORATION,
a Nevada Corporation,  Michael J. Gallagher

     Defendant.

---

Civil Action No. 07-cv-02508-JLK

TED AMSBAUGH, DONALD L. KRETSCH
and BARBARA H. KRETSCH, Co-Trustees
of the Kretsch Living Trust, BUDDY BAKER,
and GREGORY W. BROWN, individually
and on behalf of all others similarly situated,  Don Barrett
George Barton
Melvin Dinner
Larry Moffett

Plaintiffs

v.

PETROLEUM DEVELOPMENT CORPORATION,
a Nevada Corporation,  Michael J. Gallagher

     Defendant.

**COURTROOM MINUTES**

*07-cv-01362-JLK (Consolidated with 07-cv-02508-JLK)*
*Motions Hearing*
*April 7, 2009*

## Motions Hearing

**2:04 p.m.      Court in session.**

Court calls case.

Court's preliminary comments.

| | |
|---|---|
| 2:05 p.m. | Argument by Mr. Barrett regarding class settlement. |
| 2:11 p.m. | Argument by Mr. Barton regarding attorneys' fees. |
| 2:18 p.m. | Argument by Mr. Gallagher. |
| 2:19 p.m. | Comments and rulings by the Court. |

**ORDERED:   Plaintiffs' Unopposed Motion for Final Approval Of Class Settlement (Filed 1/23/09; Doc. No. 49) is GRANTED.**

**ORDERED:   Class Counsel's Motion For An Award Of Attorneys' Fees, Expenses, And An Incentive Award Payment To Class Representatives (Filed 1/23/09; Doc. No. 52) is GRANTED.**

**2:24 p.m.      Court in recess.**
Hearing concluded.
Time in court - 00:20.